**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  August 27, 2024

Mr. Thomas Bernard Bruns
Bruns, Connell, Vollmar & Armstrong
4555 Lake Forest Drive
Suite 330
Cincinnati, OH 45242

Mr. Christopher David Wiest
Law Office
50 E. Rivercenter Boulevard
Suite 1280
Covington, KY 41011

Re:  Case No. 24-5783, *Boone Cnty, KY Republican Party Exec Committee, et al v. H. Wallace, et al*
Originating Case No. 3:24-cv-00049

Dear Counsel,

This appeal has been docketed as case number **24-5783** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **September 10, 2024**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:    Appearance of Counsel
              Civil Appeal Statement of Parties & Issues
              Disclosure of Corporate Affiliations
              Application for Admission to 6th Circuit Bar (if applicable)

Appellee:     Appearance of Counsel
              Disclosure of Corporate Affiliations
              Application for Admission to 6th Circuit Bar (if applicable)

   If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc:  Ms. Leslie M. Saunders

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-5783

BOONE COUNTY, KY REPUBLICAN PARTY EXECUTIVE COMMITTEE; HARDIN COUNTY, KY REPUBLICAN PARTY EXECUTIVE COMMITTEE; JESSAMINE COUNTY, KY REPUBLICAN PARTY EXECUTIVE COMMITTEE

        Plaintiffs - Appellants

v.

H. DAVID WALLACE, LAURA MARIE BENNETT, JESSICA BURKE, RICHARD LARKIN, ADRIAN MENDIONDO, THOMAS O'BRIEN, J. BISSELL ROBERTS, JOHN STEFFEN, in their official capacity as a member of the Kentucky Registry of Election Finance

        Defendants - Appellees