Case No. 24-5783

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

BOONE COUNTY, KY REPUBLICAN PARTY EXECUTIVE COMMITTEE; HARDIN COUNTY, KY REPUBLICAN PARTY EXECUTIVE COMMITTEE; JESSAMINE COUNTY, KY REPUBLICAN PARTY EXECUTIVE COMMITTEE

      Plaintiffs - Appellants

v.

H. DAVID WALLACE, LAURA MARIE BENNETT, JESSICA BURKE, RICHARD LARKIN, ADRIAN MENDIONDO, THOMAS O'BRIEN, J. BISSELL ROBERTS, JOHN STEFFEN, in their official capacity as a member of the Kentucky Registry of Election Finance

      Defendants - Appellees

Upon consideration of the Commonwealth of Kentucky's motion for leave to file an amicus brief in support of the appellants' emergency motion for injunction pending appeal,

It is therefore **ORDERED** that the motion be and it hereby is **GRANTED**.

ENTERED BY ORDER OF THE COURT
Kelly L. Stephens, Clerk

Issued: September 03, 2024